Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:21-cr-00060-APG-BNW |
|---|---|
| Plaintiff, | **Stipulation to Modify Bond (ECF No. 29)** |
| v. | |
| James Greene, | |
| Defendant. | |

One of the conditions of James Greene's bond is that his travel is restricted to Clark County.[1]  Section 3142(c)(3) of Title 18 of the United States Code gives courts the authority to amend or impose additional or different conditions of release at any time after consideration of the release factors under 18 U.S.C. § 3142(g).  After consulting with Pretrial Services Officer Emily McKillip, the parties jointly stipulate that the section 3142(g) factors permit Greene's bond to be modified so that his travel is restricted to Clark County "unless as preapproved by Pretrial Services."  Greene has not incurred violations of his bond conditions. This modification will delegate appropriate discretion to the Pretrial

---

[1] ECF No. 29 at 4.

Services officer to permit Greene to travel outside of Clark County without seeking court approval in each instance.

DATED: August 25, 2021

Rene L. Valladares
Federal Public Defender

Christopher Chiou
Acting United States Attorney


By */s/ Erin Gettel /s/*

By */s/ Dan Cowhig /s/*

Erin Gettel
Assistant Federal Public Defender

Dan Cowhig
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>James Greene,<br><br>       Defendant. | Case No. 2:21-cr-00060-APG-BNW<br><br>**Order Granting Stipulation to Modify Bond** |

     Based on the pending stipulation of counsel, and good cause appearing therefore after consideration of the factors under 18 U.S.C. § 3142(g), IT IS HEREBY ORDERED that James Greene's bond is modified as follows:

**Travel:** Travel is restricted to Clark County unless preapproved by Pretrial Services.

     DATED: August___26___, 2021

                                    _____

                                    Cam Ferenbach<br>                                    United States Magistrate Judge