RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Marting@fd.org

Attorney for James Fredrick Greene

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES FREDRICK GREENE,<br><br>         Defendant. | Case No. 2:21-cr-00060-APG-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for James Fredrick Greene, that the Revocation Hearing currently scheduled on November 30, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  James Greene was arrested on November 6, 2023 for an alleged domestic battery incident in Clark County. Counsel needs time to investigate the underlying charges and interview possible witnesses regarding the evidence stated in the Petition.

2. Counsel needs additional time to review the petition with Mr. Greene and develop mitigation in support of the revocation hearing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14th day of November, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES FREDRICK GREENE,<br><br>    Defendant. | Case No. 2:21-cr-00060-APG-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 30, 2023 at 10:00 a.m., be vacated and continued to March 6, 2024 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 15th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3